# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO

DISCIPLINARY BOARD

:  No. 282
:
:  DISCIPLINARY BOARD APPOINTMENT
   DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 26th day of January, 2015, John F. Cordisco, Esquire, Bucks County, is hereby appointed as a member of the Disciplinary Board for a term of three years commencing April 1, 2015.